# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK PADILLA**, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **UNILOY MILACRON, et al.,** ) <br> ) <br> **Defendants.** ) <br> ) | 1:07-CV-1385 AWI DLB <br><br> ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO FILE A PRETRIAL STATEMENT |

Pursuant to the court's February 11, 2010 Scheduling Order, the Pretrial Conference in this action is set for set for September 3, 2010 8:30 a.m. in Courtroom 2.  Pursuant to Local Rule 281(a)(1), a Plaintiff is required to file and serve a separate pretrial statement not less than fourteen (14) days before the date set by the court for the holding of the final pretrial conference. In the alternative, pursuant to Local Rule 281(a)(2), the parties may file a joint pretrial statement not less than seven (7) days before the date set by the court for the holding of the final pretrial conference,

The Pretrial Conference is set for September 3, 2010.   No pretrial statements have been filed.   Plaintiff is in violation of the Local Rules.   Accordingly, Plaintiff is ORDERED to show cause in writing before September 3, 2010 at 8:30 a.m. why this action should not be dismissed for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

Dated:   August 31, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE