LAW OFFICES OF
EDWARD B. CHATOIAN
2607 Fresno Street
Fresno, California 93721
TELEPHONE (559) 485-0101
FAX (559) 485-7643

EDWARD B. CHATOIAN II #63957

Attorneys for Plaintiff PATRICK PADILLA

FILED

SEP 02 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| PATRICK PADILLA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNILOY, UNILOY MILLACRON, INC. and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 1:07-CV-01385-AWI-DLB<br><br>PLAINTIFF'S REQUEST FOR DISMISSAL OF ENTIRE ACTION; ORDER |

    NOTICE IS HEREBY GIVEN that Plaintiff voluntarily requests the dismissal of this action, in it's entirety, with prejudice. Plaintiff requests an order of the Court approving dismissal of this action.

Dated: September 1, 2010

            LAW OFFICES OF EDWARD B. CHATOIAN

            BY _____
            EDWARD B. CHATOIAN II
            Attorneys for Plaintiff
            PATRICK PADILLA

## ORDER

The Court hereby approves Plaintiff request. By order of the Court, Plaintiff's case is dismissed, in it's entirety, with prejudice.

9-2-10
Dated

Anthony W. Ishii
Chief Judge United States District Court
For the Eastern District of California